# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **Denise Wells** | ) | |
| **F/K/A Denise Wells Novotny** | ) | |
|     Petitioner, | ) | Case No.: 4:14-cv-1239 |
| | ) | |
| vs. | ) | District Judge Keith Ellison |
| | ) | |
| **Tanarra James** | ) | |
| **Deputy Assistant Director of** | ) | |
| **Industry Operations** | ) | |
| **Bureau of Alcohol Tobacco** | ) | |
| **Firearms and Explosives,** | ) | |
|     Respondent | | |

## JOINT MOTION TO DISMISS

TO THE HONORABLE JUDGE ELLISON:

COMES NOW PETITIONER, Denise Wells, and files this her **JOINT MOTION TO DISMISS** this case. In support of her requested relief, Petitioner offers the following:

1. Petitioner is Denise Wells; Respondent is Tanarra James, Deputy Assistant Director of Industry Operations of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

2. Petitioner brought this action against Respondent as a *de novo* appeal of a decision by the Respondent revoking Petitioner's Federal Firearms License pursuant to 18 USC § 923(f)(3) and 27 CFR § 478.78.

3. Without admitting or agreeing to any of the findings of fact or conclusions

of law made in the underlying administrative proceeding, Petitioner believes it to be in her best interest to dismiss this action in its entirety.

4. Respondent is in agreement with Petitioner's wish to dismiss this case and joins in this motion.

5. For the reasons stated herein, Petitioner asks the Court to grant her request and dismiss this case in its entirety. Petitioner asks for such further relief, in law or in equity, to which she may be justly entitled.

        _/s/_ Michael. C. Watson_____
Michael C. Watson
S.D. TEX.NO. 25743
SBOT NO. 24025705
4309 Yoakum, Ste. 3000
Houston, TX 77006
(713) 254-4315 Telephone
(713) 400-1864 Facsimile
mwatson@michaelcwatson.com
Attorney for Petitioner

## CERTIFICATE OF CONFERENCE

I certify that on this 11th day of May, 2016, I spoke with opposing counsel, Don Calvert regarding this dismissal motion. Mr. Calvert agrees to the dismissal of this case and joins in this motion.

        _/s/_ Michael C. Watson _____
          Michael C. Watson

# CERTIFICATE OF SERVICE

I certify that on this 11th day of May, 2016, a copy of the above entitled motion was electronically filed on the CM/ECF system. I further certify that Don Calvert, counsel for Respondent, is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

                                           /s/ Michael C. Watson_____
                                               Michael C. Watson